FILED
CLERK, U.S. DISTRICT COURT
FEB 19 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Bjork Piper <br><br> Defendant. | CASE NO. CR 10-1204 SVW <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143 (a)] |

I.

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  C D CA

for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____ Allegations of drug relapse, FTAs, return to inpatient w/P3, no sureties

1

2 _____

3 _____

4     and/or

5 B.  (X)  The defendant has not met his/her burden of establishing by clear and

6 convincing evidence that he/she is not likely to pose a danger to the safety of

7 any other person or the community if released under 18 U.S.C. § 3142(b) or

8 (c). This finding is based on _____

9 ____Allegations w/ petition of continued drug use____

10 _____

11 ____No info on sureties____

12 _____

13

14     IT IS THEREFORE ORDERED that the defendant be detained pending

15 further revocation proceedings.

16

17

18 Dated: 2/19/14

19

20

21

22 MICHAEL R. WILNER
    UNITED STATES MAGISTRATE JUDGE